UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| VASSIL KRAPF,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE CREDIT, INC.,<br><br>    Defendant. | Case No.: 8:09-cv-00711-JVS-MLG<br><br>SECOND DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO BIFURCATED SETTLEMENT AGREEMENT |

I, SCOTT M. COHEN, hereby declare as follows:

1. I am an attorney duly licensed to practice in the States of Illinois and Indiana and I practice from the firm's office in Chicago, Illinois. I have never been disciplined by the bar of either state where I am admitted to practice law.

2. Given the timeframe allowed for me to submit the instant declaration in this matter, obtaining recent letters of good standing for both Illinois and Indiana is not possible, thus attached as "Exhibit A" are true and correct copies of printouts from the respective State Bar's supporting my status in good standing with both the States of Illinois and Indiana.

3. I have been with the law firm of Krohn & Moss, Ltd. since 1996 and during my tenure have been involved in well over 2,000 consumer law matters involving lemon law, breach of warranty, consumer fraud and debt collector harassment.

4. I have appeared and argued before the United States Court of Appeals for the Seventh Circuit.

5. I have appeared and argued before the Illinois Supreme Court on two (2) occasions.

6. I have appeared and argued before the Indiana Supreme Court.

7. I have appeared and argued before the Florida Supreme Court.

8. I have appeared and argued before the Wisconsin Supreme Court on two (2) occasions.

9. I have appeared and argued before the Illinois Court of Appeals on more than twenty (20) occasions.

10. I have appeared and argued before the Georgia Court of Appeals on four (4) occasions.

11. I have appeared and argued before the Florida Court of Appeals on four (4) occasions.

12. I have appeared and argued before the Missouri Court of Appeals on two (2) occasions.

13. I have appeared and argued before the California Court of Appeals on three (3) occasions.

14. In addition to being a practicing Illinois and Indiana attorney working on cases run out of my office from Chicago, including being lead class-counsel on a nationally certified class action, my duties also include managing the appeals advanced and defended by Krohn & Moss, Ltd., and consulting with attorneys from my firm regarding motion practice and trial strategies.

15. The time entries bearing my name in this matter reflect my limited role as a consulting attorney as my work performed in this matter consisted of: reviewing the moving papers filed by the Defendant, reviewing and consulting with associates from Krohn & Moss, Ltd.'s office in

DECLARATION

Los Angeles as to the form and content of all oppositions filed by Plaintiff and consulting with lead trial counsel on argument and strategy.

16. I did not act as lead counsel in this case.

17. I was not involved in the day to day activities of this case.

18. I never communicated with Defendant's attorneys or the Plaintiff, or in any way ever held myself out as a member of the California bar.

Pursuant to 28 U.S.C. § 1746(2), I, SCOTT M. COHEN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED: September 30, 2010          KROHN & MOSS, LTD.

                                   By: _____
                                   SCOTT M. COHEN,
                                   Attorney for Plaintiff

- 3 -

DECLARATION

**EXHIBIT A**

# INDIANA SUPREME COURT
# Roll of Attorneys

A searchable database of attorneys licensed to practice law in Indiana.

## Search Results:

**Attorney Number:** 21489 45
**Attorney Name:** MR SCOTT MICHAEL COHEN
**Firm Name:**
**Address 1:** 120 WEST MADISON
**Address 2:** 10TH FLOOR
**City:** CHICAGO
**State:** IL
**Zip:** 60602-0000
**Phone:** 312-578-9428
**Admit Date:** 09/27/1999
**Status:** Active in Good Standing
**Status Date:** 09/27/1999

(*)**Concluded Discipline:** None
(**)**Pending Discipline:** None

[ New Search ]

(*)"Concluded Discipline:" "YES" indicates this lawyer has been the subject of a professional disciplinary proceeding at least once in the past. To get more information about the lawyer's disciplinary history, contact the Roll of Attorneys Administrator at (317) 232-5861. Without further information, you should not draw any conclusions about past discipline. Some cases end with minor discipline or are dismissed with no discipline.

(**)"Pending Discipline:" A number appearing here indicates the case number of an on-going professional discipline case against this lawyer. The fact that there is an on-going case means that it is alleged that the lawyer committed misconduct, but there has been no decision finding those allegations to be true. By clicking on the case number, you will see a chronological listing of all of the legal filings in that case. A copy of any listed filing is available for a fee by contacting the Roll of Attorneys Administrator at (317) 232-5861.

**Indiana Judicial System | Indiana Supreme Court | Indiana Clerk of Courts**



# LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of September 29, 2010 at 1:19:54 PM:

| | |
|---|---|
| **Full Licensed Name:** | Scott Michael Cohen |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | November 7, 1996 |
| **Registered Business Address:** | Krohn & Moss Ltd<br>120 W Madison St Fl 10<br>Chicago, IL 60602-4107 |
| **Registered Business Phone:** | (312) 578-9428 |
| **Illinois Registration Status:** | Active and authorized to practice law - Last Registered Year: 2010 |
| **Malpractice Insurance: (Current as of date of registration; consult attorney for further information)** | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

**Public Record of Discipline and Pending Proceedings:** None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the existence or status of any investigation is not available. For additional information regarding data on this website, please contact ARDC

at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email registration@iardc.org. For changes to contact information, including address, telephone or employer information, we require that the attorney submit a change of address form. Please consult our Address Change Requests page for details. Name changes require the filing of a motion with the Supreme Court. Please consult our Name Change Requests page for details.

[ Return to Search ]

**IARDC ®:online access to registration and discipline information regarding Illinois lawyers
presented by the Illinois Attorney Registration & Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home